JOHN H. GARBARINO, Respondent, *v.* UTICA UNIFORM COMPANY, INC., Appellant.

Argued January 9, 1946; decided March 7, 1946.

*M. Francis Malone* for appellant.
*Albert V. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.